Case 2:16-cr-00215   Document 19   Filed in TXSD on 04/25/16   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 25, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 2:16-CR-215 |
| § | |
| JOSHUA REY GOVEA § | |

### ORDER GRANTING MOTION FOR RELEASE OF MATERIAL WITNESS

The Court, having considered the Government's Motion for Release of Material Witness (D.E. 18), finds that the witness in this case should be released from the custody of the United States Marshals Service and delivered to the Bureau of Immigration and Customs Enforcement. It is therefore,

ORDERED that Jaime Gonzalez-Higareda, be released forthwith from the custody of the United States Marshals Service, and into the custody of the Bureau of Immigration and Customs Enforcement. It is further,

ORDERED that the Clerk of the Court shall provide a copy of this order to the United States Marshals Service.

ORDERED this 25th day of April, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE